

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 154676    — TC**

**September 04. 2008
11:40:26**

**Habeas Corpus**
USAO #.: 08CV1519
Judge..: MARILYN L HUFF
Amount.:                $5.00 MO
Check#.: 12326089566

**Total-> $5.00**

FROM: CORDEIRO
       VS
       HERNANDEZ